IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Tica Homes, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-23-27 |
| | § | |
| Select Portfolio Servicing, Inc., and Wilmington Savings Fund Society FSB, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to the Stipulation of Dismissal with Prejudice filed on July 19, 2023, the above referenced case is hereby dismissed with prejudice as to Defendants Select Portfolio Servicing, Inc., and Wilmington Savings Fund Society FSB pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this **20** day of July, 2023.

DAVID HITTNER
United States District Judge